UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA  :
:
v.  :  Case No. 97-224.Cr-T-24(C)
:
JOEL QUENTIN HICKS,  :
MAURICE RONALD HUMPHRIES and  :
RAYMOND HICKS  :

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

From an unknown date through on or about March 25, 1997, in the Middle District of Florida, and elsewhere, the defendants,

JOEL QUENTIN HICKS
and
MAURICE RONALD HUMPHRIES,

did knowingly and willfully conspire and agree, with each other and other persons both known and unknown to the Grand Jury, to possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

### COUNT TWO

On or about March 25, 1997, in the Middle District of Florida and elsewhere, the defendant,

JOEL QUENTIN HICKS,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT THREE

On or about March 25, 1997, in the Middle District of Florida and elsewhere, the defendant,

JOEL QUENTIN HICKS,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT FOUR

On or about March 25, 1997, in the Middle District of Florida and elsewhere, the defendant,

RAYMOND HICKS,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## **FORFEITURES**

1. The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2. From their engagement in any or all of the violations alleged in Counts One through Four of this Indictment, punishable by imprisonment for more than one year, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

    a. Property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and

    b. Property used and intended to be used in any manner or part to commit or to facilitate the commission of such violations.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

      b. has been transferred, sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

    All in violation of Title 21, United States Code, Section 853.

                              A TRUE BILL,

                              *Caroline P. Welch*
                              FOREPERSON

CHARLES R. WILSON
United States Attorney

By: _____
    JAMES A. MUENCH
Assistant United States Attorney

By: _____
    WALTER E. FURR, III
Assistant United States Attorney
Chief, Drug Trafficking Section

CCOLE\JAM\HICKS\HICKS.IND